## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Pamela Angell, individually and as the :
Administratrix of the Estate of Thomas :
W. Bauer, Jr., deceased, :
                           Appellant :
                                       :
      v. :
                                         :
James F. Dereno, Ross Township, and :
West View Borough :      No. 458 C.D. 2015

## **O R D E R**

NOW, April 28, 2016, upon consideration of appellee Rose Township's application for en banc reargument and appellee West View Borough's application for reargument en banc and appellants' answer in response thereto, the applications are denied.

MARY HANNAH LEAVITT,
President Judge